IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:21-CR-19 (FJS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **DENNIS HOUSLEY,** | ) Violation:   18 U.S.C. § 922(g)(1) |
| | )                    [Felon in Possession of a |
| | )                    Firearm and Ammunition] |
| | ) |
| | ) One Count |
| | ) |
| **Defendant.** | ) County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

**COUNT 1**
**[Felon in Possession of a Firearm and Ammunition]**

On or about April 7, 2020, in Onondaga County in the Northern District of New York, the defendant, **DENNIS HOUSLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm and ammunition that previously had been shipped and transported in interstate commerce, specifically: a Lorcin model L25 .25 caliber semiautomatic pistol, which was manufactured in California; three Hornady, 25 Auto, jacketed hollow-point cartridges, manufactured in Nebraska; and three Prvi Partizan, 25 Auto, full-metal jacket cartridges,

manufactured in Serbia, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Dated: 1\22\2021

A TRUE BILL,

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Andrew D. Beaty
Assistant United States Attorney
Bar Roll No. 701226

2